IT IS SO ORDERED.

Dated: 29 April, 2015 11:24 AM

*Jessica E. Price Smith*

JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) CASE NO. 15-11582-jps |
| | ) |
| STAN JURCEVIC, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) JUDGE JESSICA E. PRICE SMITH |
| | ) |
| | ) **ORDER GRANTING MOTION OF PNC** |
| | ) **BANK, NATIONAL ASSOCIATION,** |
| | ) **SUCCESSOR IN INTEREST TO** |
| | ) **NATIONAL CITY BANK, TO EXCUSE** |
| | ) **THE RECEIVER FROM COMPLIANCE** |
| | ) **PURSUANT TO 11 U.S.C. §543** |
| | ) |

This matter came before the Court on Motion of PNC Bank, National Association, Successor in Interest to National City Bank, to Excuse the Receiver from Compliance Pursuant to 11 U.S.C. § 543 (the "Motion") filed by PNC Bank, National Association, successor in interest to National City Bank ("Movant") (Docket No. 6). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date

on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 543(d), Eric Silver (the "Receiver"), the receiver appointed by the United States District Court for the Northern District of Ohio (the "District Court") in Case No. 14-cv-01585 is hereby excused from complying with 11 U.S.C. § 543(a), (b) and (c) with respect to that certain real property commonly known as V/L Tungsten Road, Euclid, Ohio 441177, PPN 647-25-001 (the "Vacant Lot"); and

IT IS FURTHER ORDERED that the Receiver may take all actions relating to the Vacant Lot in accordance with any orders issued by the District Court.

IT IS SO ORDERED.

### #

SUBMITTED BY:

/s/Carrie M. Brosius
Drew T. Parobek (0016785)
Marcel C. Duhamel (0062171)
Carrie M. Brosius (0075484)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square Suite 1400
Cleveland, Ohio 44114
(216) 479-6100
(216) 476-6060
dtparobek@vorys.com
mcduhamel@vorys.com
cmbrosius@vorys.com

*Attorneys for PNC Bank, National Association*
*Successor to National City Bank*

3/25/2015 21445560

002174  22107002176011

CERTIFICATE OF SERVICE

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Via the Court's Electronic Case Filing System on these entities and individuals who are currently listed on the Court's Electronic Mail Notice List:

Richard A Baumgart
Dettelbach, Sicherman & Baumgart
1801 East 9th Street - Suite 1100
Cleveland, OH 44114-3169
rbaumgart@dsb-law.com

Eric M. Silver
Receiver for Stack Container, et al
C/O: The *Ag* Real Estate Group, Inc.
3659 S. Green Road Suite 100
Beachwood, OH 44122
eric@agrealestategroup.com

David O Simon
1370 Ontario Street #450
Cleveland, OH 44113-1744
david@simonlpa.com

Kirk W. Roessler
ZIEGLER METZGER LLP
2020 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
kroessler@zieglermetzger.com

And by regular U.S. mail, postage prepaid, on:

Bureau of Workers' Compensation
246 North High Street
Columbus, OH 43215-2406

Bara Jurcevic
13070 Sperry Rd.
Chesterland, OH 44026-3244

CAT Tax
Ohio Attorney General - Collections
150 E. Gay St. - 21st floor
Columbus, OH 43215-3191

Central Collection Agency
1701 Lakeside Avenue
Cleveland, OH 44114-1118

Chase
P.O. Box 659732
San Antonio, TX 78265-9732

Cuyahoga County Auditor
2079 East 9th St.
Cleveland, OH 44115-1302

Chief Counsel
Franchise Tax Board
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Container Port Group
1340 Depot Street
Rocky River, OH 44116-1741

Division of Taxation
1701 Lakeside Avenue
Cleveland, OH 44114-1118

-3-

| | | |
|---|---|---|
| Cuyahoga County Fiscal Officer<br>2079 East 9th St.<br>Cleveland, OH 44115-1302 | DOMINION EAST OHIO<br>P.O. BOX 26785<br>RICHMOND, VA 23261-6785 | Guardian Alarm<br>PO Box 5038<br>Southfield, MI 48086-5038<br>PHILADELPHIA PA 19101-7346 |
| Geauga County Treasurer<br>211 Main Street<br>Chardon, OH 44024-1257 | Great West Casualty Company<br>1100 West 29th Street<br>Box 277<br>South Sioux City, NE 68776-3130 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Marko and Anita Bartulovic<br>13070 Sperry Road<br>Chesterland, OH 44026-3244 |
| J. Rayl Transport<br>1016 Triplett Blvd.<br>Akron, OH 44306-3007 | Koehler Neal LLC<br>1301 East 9th St., Suite 3330<br>Cleveland, OH 44114-1804 | Office of the General Counsel<br>Social Security Administration<br>Attn: Bankruptcy Coordinator<br>200 West Adams Street, 30th Floor<br>Chicago, IL 60606-5234 |
| National Credit Union Admin. Board<br>as Liquidating Agent for St. Paul<br>Croatian Fed. Credit Union<br>4087 Spicewood Spr. Rd. #5100<br>Austin, TX 78759 | Ohio Attorney General<br>P.O. Box 89471<br>Cleveland, OH 44101-6471 | OHIO BUREAU OF WORKERS<br>COMPENSATION<br>LAW SECTION BANKRUPTCY<br>UNIT<br>P O BOX 15567<br>Columbus, OH 43215-0567 |
| Ohio Department of Job & Family<br>Attn: Collections Department<br>P.O. Box 182404<br>Columbus, OH 43218-2404 | Ohio Department of Job & Family<br>Services<br>Office of Legal Services<br>30 East Broad Street, 31st Floor<br>Columbus, OH 43215-3414 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 |
| Ohio Dept. of Taxation<br>State Office Tower<br>30 East Broad Street<br>Columbus, OH 43215-3414 | Ohio Workers Compensation<br>615 West Superior Ave.<br>Cleveland, OH 44113-1890 | Pero and Mara Bartulovic<br>6617 N. Palmerstone Drive<br>Mentor, OH 44060-3975 |
| Regional Income Tax Agency<br>PO Box 470537<br>Attention Legal Department<br>Broadview Heights, OH 44147-0537 | Stack Container Logistics LLC<br>c/o Stan Jurcevic<br>13070 Sperry Rd.<br>Chesterland, OH 44026-3244 | The Illuminating Company<br>P.O. Box 3638<br>Akron, OH 44309-3638 |

U.S.A. - c/o U.S. Atty. Gen.
Main Justice Building
10th & Constitution Aves., NW
Washington, DC 20535-0001

U.S.A. - c/o U.S. Atty. General
U.S. Dept. of Justice Tax Divison
Civil Trial Section Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

U.S.A. - c/o U.S. District Atty.
Carl B. Stokes U.S. Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113-1852

Matthew C. Miller, Walter A. Lucas
Robert E. Goff, Jr., Samuel J.
Lauricia III
Weston Hurd
1301 East 9th Street, Ste 1900
Cleveland, OH 44114-1862

Stan Jurcevic
13070 Sperry Road
Chesterland, OH 44026-3244

Regional Income Tax Agency
10107 Brecksville Road
Brecksville, OH 44141

Internal Revenue Service
ATTENTION: SPECIAL
PROCEDURES
Insolvency Group 3
1240 E. 9th Street, Room 457
Cleveland, OH 44199-2001

-5-

SAT-22107 0647-1 pdf810 15-11582
Richard A Baumgart
1801 East 9th Street - Suite 1100
Cleveland, OH 44114-3169

002174 2174 1 AV 0.378 44113 3 2 7779-1-2585

Clerk of Courts
United States District Court
801 West Superior Ave.
Cleveland, OH 44113-1833

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://EBN.uscourts.gov**

002174      22107002176039